Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext.229
F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
ALEJANDRO FERNANDEZ and
PATRICIA NEWHARD

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ALEJANDRO FERNANDEZ and PATRICIA NEWHARD, | ) ) ) **Case No.:** |
| Plaintiffs, | ) ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) ) **(Unlawful Debt Collection Practices)** |
| BRACHFELD LAW GROUP, P.C., | ) ) |
| Defendant. | ) ) |

## VERIFIED COMPLAINT

ALEJANDRO FERNANDEZ and PATRICIA NEWHARD ("Plaintiffs"), by their attorneys, KROHN & MOSS, LTD., allege the following against BRACHFELD LAW GROUP, P.C. ("Defendant"):

## INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

- 1 -

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

5. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

## PARTIES

7. Plaintiffs are natural persons residing in Susanville, Lassen County, California.

8. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiffs as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h).*

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiffs.

10. Defendant is a national company with business offices in Torrance, California.

## FACTUAL ALLEGATIONS

11. Defendant places collection calls to Plaintiffs at least once per day and sometimes three times per day demanding payment for an alleged debt.

12. Upon information and belief, Plaintiffs believe the alleged debt was originally owed to Bank of America.

13. On May 14, 2010, Plaintiff, Patricia Newhard ("Patricia"), spoke with one of

PLAINTIFFS' COMPLAINT

Defendant's representatives, Demetrice Trahan ("Trahan") who threatened that the calls are going to "keep coming" until Plaintiffs pay.

14. When Patricia began to speak in response to this threat, Trahan hung up the phone.

15. Defendant placed a collection call to Plaintiffs at 7:27 a.m.  *See* Transcribed Voicemail attached as Exhibit "A."

16. On April 30, Defendant sent Plaintiffs a collection letter.  *See* Letter attached as Exhibit "B.*"*

17. On May 7, 2010, Plaintiffs sent a Cease and Desist Letter to Defendant requesting validation of the alleged debt.  *See* Cease and Desist Letter attached as Exhibit "C."

18. Defendant received Plaintiffs' Cease and Desist Letter on May 17, 2010.  *See* Delivery Confirmation Receipt attached as Exhibit "D."

19. On May 21, 2010 at 8:13 a.m., Defendant placed a collection call to Plaintiffs' after receiving Plaintiffs' Cease and Desist Letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by communicating with Plaintiffs at 7:27 a.m., which is a time known or which should be known to be inconvenient to Plaintiffs.

   b. Defendant violated *§1692c(c)* of the FDCPA by continuing to communicate with the Plaintiffs after receiving a letter from Plaintiffs' on May 17, 2010.

   c. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of Plaintiffs.

   d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

WHEREFORE, Plaintiffs, ALEJANDRO FERNANDEZ and PATRICIA NEWHARD, respectfully request judgment be entered against Defendant, BRACHFELD LAW GROUP, PC., for the following:

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiffs repeat and reallege all of the allegations in Count I of Plaintiffs' Complaint as the allegations in Count II of Plaintiffs' Complaint.

25. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiffs' telephone to ring repeatedly and continuously so as to annoy Plaintiffs.

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiffs with such frequency that was unreasonable and constituted harassment.

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiffs, ALEJANDRO FERNANDEZ and PATRICIA NEWHARD, respectfully request judgment be entered against Defendant, BRACHFELD LAW GROUP, INC., for the following:

26. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

PLAINTIFFS' COMPLAINT

27. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

28. Any other relief that this Honorable Court deems appropriate.

## <u>DEMAND FOR JURY TRIAL</u>

PLEASE TAKE NOTICE that Plaintiffs, ALEJANDRO FERNANDEZ and PATRICIA NEWHARD, demand a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: July 8, 2010                    KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff

- 5 -

1

2

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, ALEJANDRO FERNANDEZ, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ALEJANDRO FERNANDEZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: June 2nd 2010                 _alejandro Fernandez_
                                                    ALEJANDRO FERNANDEZ

- 6 -

PLAINTIFFS' COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, PATRICIA NEWHARD, states as follows:

8.  I am the Plaintiff in this civil proceeding.
9.  I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
10. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
11. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
12. I have filed this Complaint in good faith and solely for the purposes set forth in it.
13. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
14. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PATRICIA NEWHARD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _June 2, 2010_                    _Patricia Newhard._
                                        PATRICIA NEWHARD

- 7 -

PLAINTIFFS' COMPLAINT