1  Nicholas J. Bontrager, Esq. (SBN 252114)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  T: (323) 988-2400 ext.229
   F: (866) 802-0021
4  nbontrager@consumerlawcenter.com
   Attorneys for Plaintiffs,
5  ALEJANDRO FERNANDEZ and
   PATRICIA NEWHARD

6

7  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
8  **SACRAMENTO DIVISION**

9  ALEJANDRO FERNANDEZ and      )
   PATRICIA NEWHARD,            )   **Case No.:** 2:10-cv-01775-FCD-JFM
10                              )
            Plaintiffs,         )
11                              )   **NOTICE OF SETTLEMENT**
       v.                       )
12                              )
   BRACHFELD LAW GROUP, P.C.,   )
13                              )
            Defendant.          )
14  _____)

15
       NOW COME the Plaintiffs, ALEJANDRO FERNANDEZ and PATRICIA NEWHARD,
16
   by and through the undersigned counsel and hereby inform the court that a settlement of the
17
   present matter has been reached and is in the process of finalizing settlement, which Plaintiffs
18
   anticipates will be finalized within the next 40 days.
19
       Plaintiffs therefore request that this honorable court vacate all dates currently set on
20
   calendar for the present matter.
21
                                   Respectfully Submitted,
22

23

24

25

- 1 -

Notice of Settlement

DATED: May 10, 2011          KROHN & MOSS, LTD.


By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on May 10, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.


By:   /s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.