# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ALEJANDRO FERNANDEZ and PATRICIA NEWHARD,<br><br>Plaintiffs,<br>v.<br>BRACHFELD LAW GROUP, P.C.,<br>Defendant. | Case No.: 2:10-CV-1775-KJM-JFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(2), the above referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

Order